UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-20516-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOEL ISRAEL,
_____/

## ORDER REQUIRING RESPONSE

This matter came before the Court on Defendant, Joel Israel's Motion to Compel Government to File Rule 35 Motion [DE 30]. The Government has not filed a response to the motions. Therefore, it is

ORDERED that the Government shall file a response to Defendant's motion on or before **June 13, 2008**.

DONE AND ORDERED in Miami, Florida this 5th day of June, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record